UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 2:16 CR 177 |
| | ) |
| JESUS LOPEZ. | ) |

# O R D E R

Pursuant to the Findings and Recommendation of the United States Magistrate Judge (DE # 83), to which the defendant has not objected, the Magistrate Judge's findings are now **ADOPTED**, defendant's requests that Arlington Foley be permitted to withdraw as his private counsel (DE ## 67, 68) are **GRANTED**. Attorney Tod Urban remains counsel of record for defendant Jesus Lopez.

**SO ORDERED.**

Date: May 2, 2018

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT